1  Jeffrey I. Hasson
   Hasson Law, LLC
2  Attorney at Law
   9385 SW Locust Street
3  Tigard, OR 97223
   Phone:  (503) 255-5352
4  Facsimile: (503) 255-6124
   E-Mail: hasson@hassonlawllc.com
5  Washington State Bar No. 23741
   Attorney for Everett Association of Credit Men, Inc. and Monica Jones

6

7

8

9                    UNITED STATES DISTRICT COURT

10         FOR THE WESTERN DISTRICT OF WASHINGTON

11                          AT SEATTLE

12 DEANNA C. THOMAS, individually and on    Case No.:
   behalf of all others similarly situated,
                                            NOTICE OF REMOVAL
13        Plaintiff,

14        vs.

15 EVERETT ASSOCIATION OF CREDIT MEN,
   INC., MONICA JONES, BRANNA
16 WICKBERG, KRISTIE YOUSO, ROYCE
   FERGUSON, and JOHN/JANE DOE(s),
17
          Defendants.
18

19        Please take notice that defendant Everett Association of Credit Men, Inc. ("EACM") and

20 Monica Jones ("Jones") hereby remove this action from the Superior Court in and for King

21 County, State of Washington to the United States District Court for the Western District of

22 Washington at Seattle.

23        1.       EACM and Jones are parties in a civil action brought against it in the Superior

24 Court in and for King County, State of Washington entitled: "DEANNA C. THOMAS, Plaintiff,

25 v. EVERETT ASSOCIATION OF CREDIT MEN, INC., et al., Defendants, No. 18-2-09314-7

26

NOTICE OF REMOVAL -- 1
Case No.

Hasson Law, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1    SEA."  A copy of the complaint in that action is attached to this notice.  No process, pleadings,

2    or orders have been served on EACM and Jones in that action up to the present date.

3           2.       The state court action was commenced when Plaintiff filed the Complaint in the

4    Superior Court of the State of Washington for the County of King on April 9, 2018.  EACM and

5    Jones have filed no pleadings in this cause, and have only filed a notice of appearance.  This

6    notice of removal is filed within 30 days after service of process on EACM and Jones because no

7    service of process has been served on either EACM or Jones.

8           3.       This is an action of civil nature over which this court has original jurisdiction

9    pursuant to 15 USC § 1692k in that it is a liability allegedly created under the Fair Debt

10   Collection Practices Act, 15 USC § 1692 et seq.,

11          4.       This notice is signed pursuant to FRCP 11.

12         Dated:  April 27, 2018.

13                                                    s/ Jeffrey I. Hasson
                                                      Jeffrey I. Hasson, WSBA#23741
14                                                    Hasson Law, LLC
                                                      Phone:  (503) 255-5352
15                                                    Attorney for EACM and Jones

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL -- 2
Case No.

Hasson Law, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1

<div align="center">Certificate of Service</div>

2

I hereby certify that on <u>April 27, 2018</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Richard L. Pope</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

3

4

5

6

7

8

9

<div style="margin-left: 40%;">

<u>s/ Jeffrey I. Hasson</u>
Jeffrey I. Hasson, WSBA#23741
Attorney for EACM and Jones
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@hassonlawllc.com

</div>

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL -- 3
Case No.

Hasson Law, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124