UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEANNA C. THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERETT ASSOCIATION OF CREDIT MEN, INC. MONICA JONES, BRANNA WICKBERG, KRISTIE YOUSO, ROYCE FERGUSON, and JOHN/JANE DOE(s),<br><br>Defendants. | CASE NO. C18-0615-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In the interest of judicial economy, the Court TRANSFERS this matter to the Honorable Ricardo S. Martinez. All future pleadings shall bear the number C18-0615-RSM.

DATED this 1st day of May 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk