UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEANNA C. THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EVERETT ASSOCIATION OF CREDIT MEN, INC., MONICA JONES, BRANNA WICKBERG, KRISTIE YOUSO, ROYCE FERGUSON, and JOHN/JANE DOE(s),<br><br>Defendants. | Case No.: 2:18-CV-00615-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

Plaintiff and Everett Association of Credit Men, Inc. ("Everett"), Monica Jones ("Jones") and Royce Ferguson ("Ferguson") (Everett, Jones and Ferguson collectively "Everett Parties"), by and through undersigned counsel, hereby stipulate that this action and all claims herein may be dismissed with prejudice and without an award of attorney fees or costs to any party.

/s/ Richard L. Pope, Jr.
Richard L. Pope, Jr., WSBA No. 21118
Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, WA 98008
Phone: (425) 829-5305
Facsimile: (425) 526-5714
Email: rp98007@gmail.com
Attorney for Plaintiff
Dated: September 11, 2018

/s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA No. 23741
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile: (503) 255-6124
Email: hasson@hassonlawllc.com
Attorney for Everett and Jones
Dated: September 11, 2018

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 1
Case No. 2:18-CV-00615-RSM

Richard L. Pope, Jr.
Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, WA 98008
Phone: (425) 829-5305
Facsimile: (425) 526-5714

/s/ Kathleen Anne Nelson
Kathleen Anne Nelson, WSBA No. 22826
Lewis Brisbois Bisgaard & Smith LLP
2101 4th Ave. Suite 700
Seattle, WA 98121-2393
Phone: (206) 876-2965
Facsimile: (206) 436-2030
Email: kathleen.nelson@lewisbrisbois.com
Attorney for Ferguson
Dated: September 11, 2018

**ORDER**

This matter having come on for consideration on the foregoing Stipulation of Plaintiff and Everett Parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that Plaintiff's individual claims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

Dated: September 11, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Richard L. Pope, Jr.
Richard L. Pope, Jr., WSBA No. 21118
Lake Hills Legal Services, P.C.
Attorney for Plaintiff

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
Case No. 2:18-CV-00615-RSM

Richard L. Pope, Jr.
Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, WA 98008
Phone: (425) 829-5305
Facsimile: (425) 526-5714